

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable James E. Kilday, Director,
Motor Transportation Division, Rail-
road Commission of Texas,
Austin, Texas.

Dear Mr. Kilday:

Opinion No. O-1055
Re: Requisite bond and insur-
ance under S. B. 75.

We have your letter of July 17 enclosing form
of bond and insurance policy intended for use to effectu-
ate the protection contemplated by S. B. No. 75.

We have carefully studied the bond and insur-
ance policy forms, copies of which are attached hereto,
as well as S. B. No. 75 of the Forty-sixth Legislature,
and we are of the opinion that they are effective and
appropriately afford the protection contemplated by the
applicable provisions of S. B. No. 75.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Walter R. Koch

Walter R. Koch
Assistant

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN

WK-MR

Enclosures

APPROVED AUG 9, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT